**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Cynthia Mae Thompson<br>aka Cindy Parish | CHAPTER 13 |
| Michael Wray Thompson | BKY. NO. 19-16808 AMC |
| Debtor | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

    Respectfully submitted,
    **/s/ Rebecca A Solarz, Esquire**
    Rebecca A Solarz, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322