| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK/HUR 20240307 | 01/100 | 3000249 | 1 of 1 |

ON AIR DIRECT INC
3 NORTH BACTON HILL ROAD REAR
FRAZER, PA 19355

## Earnings Statement

**ADP**

Period Starting: 07/29/2019
Period Ending: 08/11/2019
Pay Date: 08/16/2019

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override
- Federal: 2 / Federal
- State: 0 / State
- Local: 0 / Local

Social Security Number: XXX-XX-XXXX

Michael Q Thompson
339 W Beech Street
Pottstown, PA 19464

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1921.08 | 24480.83 |
| Bonus | | | 0.00 | 500.00 |
| **Gross Pay** | | | **$1,921.08** | **$24,980.83** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -94.18 | 1332.64 |
| Social Security | -104.54 | 1445.98 |
| Medicare | -24.45 | 338.17 |
| Pennsylvania State Income | -51.76 | 715.98 |
| Pennsylvania State UI | -1.16 | 15.00 |
| Lower Pottsgrove T Local | -16.86 | 177.23 |
| Lower Pottsgrove Twp Local | -2.00 | 20.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -216.94 | 1658.58 |

| **Net Pay** | | **$1,191.19** |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1559 | XXXXXXXXX | 1391.19 |

Your federal taxable wages this period are $1,686.14
* Excluded from Federal taxable wages

ON AIR DIRECT INC
3 NORTH BACTON HILL ROAD REAR
FRAZER, PA 19355

Pay Date: 08/16/2019

Deposited to the account
Checking DirectDeposit

**THIS IS NOT A CHECK**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1559 | XXXXXXXXX | 1391.19 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / HUK 20240307 | 01/100 | 4012502 | 1 of 1 |

ON AIR DIRECT INC
3 NORTH BACTON HILL ROAD REAR
FRAZER, PA 19355

**Earnings Statement**

ADP

Period Starting: 08/12/2019
Period Ending: 08/25/2019
Pay Date: 08/30/2019

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal: 2                Federal:
  State: 0                  State:
  Local: 0                  Local:
Social Security Number: XXX-XX-XXXX

Michael Q Thompson
339 W Beech Street
Pottstown, PA 19464

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1923.08 | 26403.91 |
| Bonus | | | 0.00 | 500.00 |
| Gross Pay | | | $1,923.08 | $26,903.91 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -94.18 | 1426.82 |
| Social Security | -104.54 | 1550.52 |
| Medicare | -24.45 | 362.62 |
| Pennsylvania State Income | -51.76 | 767.74 |
| Pennsylvania State UI | -1.15 | 16.15 |
| Lower Pottsgrove T Local | -16.86 | 194.09 |
| Lower Pottsgrove Twp Local | -2.00 | 22.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -236.94 | 1895.52 |

| Net Pay | | $1,391.20 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1559 | XXXXXXXXX | 1391.20 |

Your federal taxable wages this period are $1,686.14
* Excluded from Federal taxable wages

ON AIR DIRECT INC
3 NORTH BACTON HILL ROAD REAR
FRAZER, PA 19355

Pay Date:    08/30/2019

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1559 | XXXXXXXXX | 1391.20 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK7HUK 20240307 | 01/100 | 4027259 | 1 of 1 |

ON AIR DIRECT INC
3 NORTH BACTON HILL ROAD REAR
FRAZER, PA 19355

## Earnings Statement

ADP

Period Starting: 08/26/2019
Period Ending: 09/08/2019
Pay Date: 09/13/2019

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal: 2                  Federal:
  State: 0                    State:
  Local: 0                    Local:
Social Security Number: XXX-XX-XXXX

Michael Q Thompson
339 W Beech Street
Pottstown, PA 19464

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1923.08 | 28326.99 |
| Bonus | | | 0.00 | 500.00 |
| **Gross Pay** | | | **$1,923.08** | **$28,826.99** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -93.42 | 1520.24 |
| Social Security | -104.15 | 1654.67 |
| Medicare | -24.36 | 386.98 |
| Pennsylvania State Income | -51.57 | 819.31 |
| Pennsylvania State UI | -1.15 | 17.30 |
| Lower Pottsgrove T Local | -16.80 | 210.89 |
| Lower Pottsgrove Twp Local | -2.00 | 24.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -243.31 | 2138.83 |

| Net Pay | $1,386.32 |
|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1559 | XXXXXXXXX | 1386.32 |

Your federal taxable wages this period are $1,679.77
* Excluded from Federal taxable wages

ON AIR DIRECT INC
3 NORTH BACTON HILL ROAD REAR
FRAZER, PA 19355

Pay Date:     09/13/2019

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1559 | XXXXXXXXX | 1386.32 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / HUK 20240307 | 01/100 | 4038639 | 1 of 1 |

ON AIR DIRECT INC
3 NORTH BACTON HILL ROAD REAR
FRAZER, PA 19355

**Earnings Statement**

ADP

Period Starting: 09/09/2019
Period Ending: 09/22/2019
Pay Date: 09/27/2019

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override
- Federal: 2 / Federal
- State: 0 / State
- Local: 0 / Local

Social Security Number: XXX-XX-XXXX

Michael Q Thompson
339 W Beech Street
Pottstown, PA 19464

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2115.39 | 30442.38 |
| Bonus | | | 0.00 | 500.00 |
| **Gross Pay** | | | **$2,115.39** | **$30,942.38** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -115.97 | 1636.21 |
| Social Security | -115.79 | 1770.46 |
| Medicare | -27.08 | 414.06 |
| Pennsylvania State Income | -57.34 | 876.65 |
| Pennsylvania State UI | -1.27 | 18.57 |
| Lower Pottsgrove T Local | -18.68 | 229.57 |
| Lower Pottsgrove Twp Local | -2.00 | 26.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Medical pre-tax 1 | -247.67 | 2386.50 |

| Net Pay | $1,529.59 |
|---|---|

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX1559 | XXXXXXXXX | 1529.59 |

Your federal taxable wages this period are $1,867.72
* Excluded from Federal taxable wages

ON AIR DIRECT INC
3 NORTH BACTON HILL ROAD REAR
FRAZER, PA 19355

Pay Date: 09/27/2019

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1559 | XXXXXXXXX | 1529.59 |

THIS IS NOT A CHECK

FrogJelly Brands, LLC
7501 Hwy 287 Suite A1
Arlington TX 76001

**Pay Stub Detail**
PAY DATE: 08/16/2019
NET PAY: $461.75

Michael W. Thompson
1505 Garrison Street
Arlington TX 76018

**EMPLOYER**
FrogJelly Brands, LLC
7501 Hwy 287 Suite A1
Arlington TX 76001

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 08/01/2019 |
| Period Ending: | 08/31/2019 |
| Pay Date: | 08/16/2019 |
| Total Hours: | 0.00 |

**EMPLOYEE**
Michael W. Thompson
1505 Garrison Street
Arlington TX 76018

NET PAY: $461.75
Acct#....1559: $461.75

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 0.00 | 4,000.00 |
| Commission | - | - | 500.00 | 3,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 344.13 |
| Social Security | 31.00 | 465.00 |
| Medicare | 7.25 | 108.75 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $7,500.00 |
| Taxes | $38.25 | $917.88 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$461.75** | |

FrogJelly Brands, LLC
7501 Hwy 287 Suite A1
Arlington TX 76001

Pay Stub Detail
PAY DATE: 09/12/2019
NET PAY: $461.75

Michael W. Thompson
1505 Garrison Street
Arlington TX 76018

**EMPLOYER**
FrogJelly Brands, LLC
7501 Hwy 287 Suite A1
Arlington TX 76001

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 08/01/2019 |
| Period Ending | 08/31/2019 |
| Pay Date | 09/12/2019 |
| Total Hours | 0.00 |

**EMPLOYEE**
Michael W. Thompson
1505 Garrison Street
Arlington TX 76018

| | |
|---|---|
| NET PAY: | $461.75 |
| Acct#....1559 | $461.75 |

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 0.00 | 4,000.00 |
| Commission | - | - | 500.00 | 4,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 344.13 |
| Social Security | 31.00 | 496.00 |
| Medicare | 7.25 | 116.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $8,000.00 |
| Taxes | $38.25 | $956.13 |
| Deductions | $0.00 | $0.00 |

**Net Pay** $461.75

# PRIMEPAY.

1030 OLD VALLEY FORGE ROAD
KING OF PRUSSIA, PA 19406

610-783-6650

## Personal Information

Cynthia Mae Thompson
339 West Beech Street
Pottstown, PA 19464

SS# 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

| Identification No. | 11017441AP00092 |
|---|---|
| Clock ID | 4093 |
| Department | 000004 |
| Key | FQ3x-P9AE-ncrx-9n3h |

## Payroll Statement

| | | | |
|---|---|---|---|
| Gross Pay | 2,083.34 | Additional Withholding | State: / Federal: |
| Net Pay | 1,660.92 | | |
| Check Number | 10014 | Marital Status | State: M / Federal: M |
| Pay Period Start | 07/01/2019 | | |
| Pay Period End | 07/15/2019 | Dependents | State: 0 / Federal: 0 |
| Pay Date | 07/15/2019 | | |

## Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| -REGULAR | .00 | 52.08 | 2,083.34 | 2,083.34 |
| | | Gross Pay: | 2,083.34 | 2,083.34 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | | |
| SOC SEC | 174.83 | 174.83 |
| MEDICARE | 129.17 | 129.17 |
| POTTSTOWN BO-R | 30.21 | 30.21 |
| AEUC | 20.83 | 20.83 |
| PA STATE | 1.25 | 1.25 |
| ALS461902 | 63.96 | 63.96 |
| | 2.17 | 2.17 |

## Deductions

| Description | Current | YTD |
|---|---|---|
| | Net Pay: 1,660.92 | 1,660.92 |

## Direct Deposit

| Direct Deposit Account | Amount of Deposit |
|---|---|
| XK-xxxxxxxx1881 | .00 |

To view your pay statement online visit www.primepay.com > Client Login
You will need to provide your username and password

© 2016 PrimePay LLC All Rights Reserved

Page 1

# PRIMEPAY.

1030 OLD VALLEY FORGE ROAD
KING OF PRUSSIA, PA 19406
610-783-6650

## Personal Information

Cynthia Mae Thompson
139 West Beech Street
Pottstown, PA 19464

SS# 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

| | |
|---|---|
| Identification No. | 11017441AP00092 |
| Clock ID | 4093 |
| Department | 000004 |
| Key | FQ3x-P9AE-ncrx-9n3h |

## Payroll Statement

| | | | |
|---|---|---|---|
| Gross Pay | 2,083.34 | Additional Withholding | State: <br> Federal: |
| Net Pay | 1,660.92 | | |
| Check Number | 5437 | Marital Status | State: M <br> Federal: M |
| Pay Period Start | 07/16/2019 | | |
| Pay Period End | 07/31/2019 | Dependents | State: 0 <br> Federal: 0 |
| Pay Date | 07/31/2019 | | |

## Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| REGULAR | .00 | 52.08 | 2,083.34 | 4,166.68 |
| | | Gross Pay: | 2,083.34 | 4,166.68 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 174.83 | 349.66 |
| SOC SEC | 129.17 | 258.34 |
| MEDICARE | 30.21 | 60.42 |
| AEUC | 1.25 | 2.50 |
| PA STATE | 63.96 | 127.92 |
| POTTSTOWN BO-R | 20.83 | 41.66 |
| ALS461902 | 2.17 | 4.34 |

## Deductions

| Description | Current | YTD |
|---|---|---|
| | Net Pay: 1,660.92 | 3,321.84 |

## Direct Deposit

| Direct Deposit Account | Amount of Deposit |
|---|---|
| nk-xxxxxxxx1881 | 1,660.92 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay LLC All Rights Reserved

Page 1

## LEAVE AND EARNINGS STATEMENT

```
NET PAY                                              PAY PERIOD:        19
  943.74                                          ENDING DATE: 2019-09-14
BANK                                          OFFICIAL PAY DATE: 2019-09-24
1E: BANK OF AMERICA, N.A.                                   PAGE 1 OF 1
```

EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE

| **DESCRIPTION** | CURRENT P/P HRS | CURRENT P/P AMOUNT | ADJUSTMENTS HRS | ADJUSTMENTS AMOUNT | TOTAL YTD | | ***BASIC INFORMATION*** | |
|---|---|---|---|---|---|---|---|---|
| ARNINGS/OTHER PAY | | | | | | SSN | XXX-XX-XXXX | |
| REG $17.62 PH | 72.00 | $1268.64 | | | | PAY-PLN/GR/ST | GS/05/01 | |
| ROSS PAY | | $1268.64 | | | $1268.64 | SALARY - (PA) | $36776 | |
| | | | | | | SCD (LEAVE) | 19-09-01 | |
| EDUCTIONS | | | | | | FLSA CLASS | NON-EXEMPT | |
| FEDERAL TAXES | | $127.24 | | | $127.24 | CUM RET AGNCY | $55.82 | |
| SINGLE / 0 EXEMPT/ 0 EXTRA | | | | | | TSP ($/%) | 0% | |
| STATE TAXES PA | | $38.95 | | | $38.95 | TSP ROTH($/%) | 0% | |
| / 0 EXEMPT/ 0 EXTRA | | | | | | CAN#: | 4006237 | |
| RET. FERS-FRAE | 4.4% | $55.82 | | | $55.82 | DUTY STATION | PA | |
| OASDI | 6.2% | $78.65 | | | $78.65 | | | |
| MEDICARE | 1.45% | $18.39 | | | $18.39 | **YTD TAXABLE EARNINGS** | | |
| FEGLI-REG | | $5.85 | | | $5.85 | | | |
| OTAL DEDUCTIONS | | $324.90 | | | $324.90 | FEDERAL | $1268.64 | |
| | | | | | | STATE PA | $1268.64 | |

```
***AGENCY CONTRIBUTIONS***          ***W-2 MAILING ADDRESS***
ITEM         P/P        YTD          339 WEST BEECH STREET
                                     POTTSTOWN          PA 19464
FERS-FRAE    $150.97    $150.97
OASDI        $78.65     $78.65
MEDICARE     $18.39     $18.39
FEGLI INC    $2.93      $2.93
TSP SAV BASIC $12.69    $12.69
```

| LEAVE TYPE | CAT (4) | LVYR C/O | BEGIN PP BAL | ACCRD PP | ACCRD YTD | USD PP | USD YTD | ADV | BAL AVAIL | PROJ YR END | MAX C/O | USE/LOSE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANN | | | | 4.00 | 4.00 | | | | 4.00 | 32.00 | 240.00 | |
| SICK | | | | 4.00 | 4.00 | | | | 4.00 | | | |

GLI DEDUCTION CHANGED THIS PAY PERIOD
ALTH BENEFIT PLAN CHANGE PROCESSED THIS PAY PERIOD



**VALLEY FORGE FINANCIAL GROUP INC**
1030 OLD VALLEY FORGE ROAD
KING OF PRUSSIA, PA 19406

### Personal Information

Cynthia Mae Thompson
339 West Beech Street
Pottstown, PA 19464

| | |
|---|---|
| Identification No. | 11017441AP00092 |
| Clock ID | 4093 |
| Department | 000004 |
| Key | FQ3x-P9AE-ncrx-9n3h |

### Payroll Statement

| | | | |
|---|---|---|---|
| Gross Pay | 748.08 | Additional Withholding | State: <br> Federal: |
| Net Pay | 574.46 | | |
| Check Number | 5491 | Marital Status | State: M <br> Federal: M |
| Pay Period Start | 08/01/2019 | | |
| Pay Period End | 08/15/2019 | Dependents | State: 0 <br> Federal: 0 |
| Pay Date | 08/15/2019 | | |

### Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 1-REGULAR | .00 | 52.08 | 192.31 | 4,358.99 |
| 23-VACATION | .00 | 52.08 | 480.77 | 480.77 |
| 32-OPT-OUT | .00 | 52.08 | 75.00 | 75.00 |
| | | Gross Pay: | 748.08 | 4,914.76 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 18.27 | 367.93 |
| SOC SEC | 41.81 | 300.15 |
| MEDICARE | 9.78 | 70.20 |
| POTTSTOWN BO-R | 6.74 | 48.40 |
| PALS461902 | 2.17 | 6.51 |
| PA STATE | 20.70 | 148.62 |
| PAEUC | .45 | 2.95 |

### Deductions

| Description | Current | YTD |
|---|---|---|
| D-DENTAL-P | 73.70 | 73.70 |
| Net Pay: 574.46 | | 3,896.30 |

### Direct Deposit

| Direct Deposit Account | Amount of Deposit |
|---|---|
| Chk-xxxxxxxx1881 | 574.46 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved

Page 1