**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL WRAY THOMPSON | : | Chapter 13 |
| CYNTHIA MAE THOMPSON | : | |
| | : | |
| | : | |
| **Debtors** | : | No. 19-16808 amc |

**PRAECIPE TO CORRECT CREDITOR ADDRESS**

TO THE CLERK OF THE BANKRUPTCY COURT:

COMES NOW, Michael Wray Thompson and Cynthia Mae Thompson, the above-captioned Debtors, by and through counsel of record herein, Michele Perez Capilato, Esquire, and respectfully request the following change of address for LCA Collections, an existing creditor:

> LCA Collections
> An In-House Division of Laboratory Corp
> POB 2240
> Burlington, NC 27216

Dated:  January 22, 2020                                MICHELE PEREZ CAPILATO, ESQUIRE

> /s/ Michele Perez Capilato
> Michele Perez Capilato, Esquire
> I.D. No. 90438
> Attorney for Debtor
> 500 Office Center Drive
> Suite 400
> Fort Washington, PA 19034
> (267) 513-1777
> Fax 1 (866) 535-8160
> Attorney for Debtor