# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia Mae Thompson aka Cindy Parish<br>Michael Wray Thompson<br>Debtor(s) | CHAPTER 13 |
| BANK OF AMERICA, N.A., its successors and/or assigns<br>Movant<br>vs.<br>Cynthia Mae Thompson aka Cindy Parish<br>Michael Wray Thompson<br>Debtor(s)<br>William C. Miller Esq.<br>Trustee | NO. 19-16808 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of BANK OF AMERICA, N.A., which was filed with the Court on or about **January 16, 2020, docket number 14**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

April 22, 2020