**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL WRAY THOMPSON** | : | Chapter 13 |
| **CYNTHIA MAE THOMPSON** | : | |
| | : | |
| | : | |
| **Debtors** | : | No. 19-16808 amc |

AMENDED ORDER

AND NOW, this ____ day of _____ 2020, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHELE PEREZ CAPILATO, ESQUIRE, is awarded $5,300.00 as the total legal fees for services performed and expenses incurred for essential bankruptcy services.  Trustee is authorized to pay the unpaid balance thereof, the sum of $4,200.00 from the estate to the extent provided for by the Confirmed Plan.

_____
ASHELY M. CHAN
United States Bankruptcy Judge

Cc:

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034
Attorney for Debtor

Mr. and Mrs. Michael Wray Thompson
330 W Beech Street
Pottstown PA 19464-6403

William C. Miller (electronically)
Standing Ch13 Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Office of the United States Trustee (electronically)
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Bank of America, N.A.
PO Box 31785
Tampa, FL 33631-3785

ARStrat LLC
14141 Southwest Freeway
Suite 300
Sugar Land, TX 77478-4630

Bank of America
Attn: Bankruptcy
Nc4-105-03-14 Pob 26012
Greensboro, NC 27420

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Credit Systems International, Inc
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004-1088

Main Line Healthcare
2 Industrial Blvd
Ste 400
Paoli, PA 19301-1645

PMSI
PO Box 95000
Philadelphia PA 19195-0001

Pottstown Hospital
PO Box 12819
Philadelphia PA 19176

Roundpoint Mortgage Servicing Corp
Attn: Bankruptcy
PO Box 19409
Charlotte, NC 28219-9409

Synchrony Bank/Old Navy
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

Tinker FCU
Attn: Bankruptcy
PO Box 45750
Tinker AFB, OK 73145-0750

Roundpoint Mortgage Servicing Corp
c/o KML Law Group
701 Market Street, Suite 5000
Philadelphia PA 19106-1541

ProCo
POB 2462
Aston, PA 19014-0462

Patient First
5000 Cox Road
Glen Allen, VA 23060-9721

Merrick Bank/Cardworks
Attn: Bankruptcy
PO Box 9201
Bethpage, NY 11804-9001

Kohls/Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

Cola & Associates Dermatology
93 Shady Lane
Boyertown, PA 19512-7708

Bank of America, N.A.
4909 Savarese Circle
F11-908-01-50
Tampa, FL 33634-2413

American Collection Services
Attn: Bankruptcy
3100 Sw 59th St.
Oklahoma City, OK 73119-6416

24 Hour Physicians, Inc
PO Box 4346 Dept 452
Houston, TX 77210-4346

Barclays Bank Delaware
Attn: Correspondence
PO Box 8801
Wilmington, DE 19899-8801

LCA Collections
All In-house Division
Of Laboratory Corp
POB 2240
Burlington, NC 27216-2240

Methodist Mansfield Medical Center
2700 E Broad Street
Mansfield TX 76063-5899

Pottstown Ambulatory Center
14141 Southwest Freeway
Suite 300
Sugar Land, TX 77478-4630

Quest Diagnostics
POB 740775
Cincinnati, OH 45274-0775

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

Tower Health Urgent Care LLC
278 Eagleville Blvd
Exton PA 19341-1157

United Revenue Corp.
204 Billings Street
Suite 120
Arlington, TX 76010-2495

Wise Health Systems
PO Box 202218
Dallas, TX 75320-2218

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328-0001

USDOE/GLELSI
Attn: Bankruptcy
PO Box 7860
Madison WI 53707-7860

Young Shin MD and Assoc LLC
Allied Counseling
1630 E High Street
Pottstown PA 19464-3244

USAA Federal Savings Bank
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio, TX 78288-1600