United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Wray Thompson  
Cynthia Mae Thompson  
    Debtors

Case No. 19-16808-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Christina        Page 1 of 1        Date Rcvd: Sep 18, 2020  
                            Form ID: 155        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2020.  
db/jdb        +Michael Wray Thompson,   Cynthia Mae Thompson,   339 W Beech Street,   Pottstown, PA 19464-6403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2020 at the address(es) listed below:  
        KEVIN G. MCDONALD   on behalf of Creditor   RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com  
        MICHELE PEREZ CAPILATO   on behalf of Joint Debtor Cynthia Mae Thompson perezcapilatolaw@yahoo.com, michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com  
        MICHELE PEREZ CAPILATO   on behalf of Debtor Michael Wray Thompson perezcapilatolaw@yahoo.com, michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
        TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Michael Wray Thompson and Cynthia Mae Thompson

    Debtor(s)

Chapter: 13
Bankruptcy No: 19−16808−amc

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 30th day of June 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

35
Form 155