# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>MICHAEL WRAY THOMPSON<br>CYNTHIA MAE THOMPSON<br>    Debtors | Case No. 19-16808-amc |
| FREEDOM MORTGAGE CORPORATION,<br>    Movant | Chapter 13 |
| vs.<br>MICHAEL WRAY THOMPSON<br>CYNTHIA MAE THOMPSON<br>    Respondents | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this _____ day of _____, 2021, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: September 1, 2021**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge