**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael Wray Thompson　　　　　　　　CHAPTER 13
　　　　Cynthia Mae Thompson
　　　　aka Cindy Parrish　　　　　　　　　　　BKY. NO. 19-16808 AMC
　　　　　　　　Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,



Mark Cronin
15 Nov 2023, 16:30:48, EST

　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　(215) 627-1322