**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br>MICHAEL WRAY THOMPSON<br>CYNTHIA MAE THOMPSON<br>DEBTOR | CASE NO. 19-16808-amc<br>CHAPTER 13 |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                                FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:  04/29/2024

OLD NOTICE ADDRESS:        10500 Kincaid Drive, Suite 300
                                                Fishers, IN 46037-9764

NEW NOTICE ADDRESS:        11988 Exit 5 Parkway, Building 4
                                                Fishers, IN 46037-9739

OLD PAYMENT ADDRESS:      10500 Kincaid Drive, Suite 300
                                                Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:    11988 Exit 5 Parkway, Building 4
                                                Fishers, IN 46037-9739

Dated: August 22, 2024

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-9739
Telephone: (855) 690-5900
E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:**<br>**MICHAEL WRAY THOMPSON**<br>**CYNTHIA MAE THOMPSON**<br>**DEBTOR** | **CASE NO. 19-16808-amc**<br>**CHAPTER 13** |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

MICHELE PEREZ CAPILATO
LAW OFFICE OF MICHELE PEREZ CAPILATO
500 Office Center Dr Ste 400
Fort Washington PA 19034-3234
*Counsel for Debtor*

KENNETH E. WEST
1234 Market St Ste 1813
Philadelphia PA 19107-3704
*Chapter 13 Trustee*

MICHAEL WRAY THOMPSON
CYNTHIA MAE THOMPSON
339 W Beech St
Pottstown PA 19464-6403
*Debtor*

This 22nd Day of August, 2024

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-9739
Telephone: (855) 690-5900
E-Mail: Bankruptcy@FreedomMortgage.com