Certificate Number: 15111-PAE-DE-039088526

Bankruptcy Case Number: 19-16808



15111-PAE-DE-039088526

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 20, 2024, at 11:57 o'clock PM EST, Michael Wray Thompson completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 21, 2024           By:    /s/Rafia Yaqoob for Ryan McDonough

                                    Name:  Ryan McDonough

                                    Title: Executive Director of Education