Certificate Number: 15111-PAE-DE-039088527

Bankruptcy Case Number: 19-16808



15111-PAE-DE-039088527

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 20, 2024</u>, at <u>11:57</u> o'clock <u>PM EST</u>, <u>Cynthia Mae Thompson</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>November 21, 2024</u>

By: <u>/s/Rafia Yaqoob for Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>