United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16808-amc |
| Michael Wray Thompson | Chapter 13 |
| Cynthia Mae Thompson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 22, 2024 | Form ID: 138OBJ | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Wray Thompson, Cynthia Mae Thompson, 339 W Beech Street, Pottstown, PA 19464-6403 |
| 14413792 | + | 24 Hour Physicians Inc, PO Box 4346 Dept 452, Houston, TX 77210-4346 |
| 14440549 | + | BANK OF AMERICA, N.A., c/o Rebecca A. Solarz, Esquire, KML Law Grop, P.C., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14413799 | + | Cola & Associates Dermatology, 93 Shady Lane, Boyertown, PA 19512-7708 |
| 14621236 | + | FREEDOM MORTGAGE CORPORATION, c/o Matthew Fissel, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road Mount Laurel, NJ 08054-1218 |
| 14831937 | + | Freedom Mortgage Corporation, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14413804 | + | Main Line Healthcare, 2 Industrial Blvd, Ste 400, Paoli, PA 19301-1645 |
| 14413806 | + | Methodist Mansfield Medical Center, 2700 E Broad Street, Mansfield, TX 76063-5899 |
| 14428980 | + | Michele Perez Capilato, Esquire, Law Offices of Michele Perez Capilato, 500 Office Center Drive, 4th Floor, Fort Washington, PA 19034-3219 |
| 14413808 | + | PMSI, PO Box 95000, Philadelphia, PA 19195-0001 |
| 14413807 | + | Patient First, 5000 Cox Road, Glen Allen, VA 23060-9200 |
| 14413809 | + | Pottstown Ambulatory Center, 14141 Southwest Freeway, Suite 300, Sugar Land, TX 77478-4630 |
| 14413810 | | Pottstown Hospital, PO Box 12819, Philadelphia, PA 19176 |
| 14413811 | + | ProCo, POB 2462, Aston, PA 19014-0462 |
| 14428227 | + | RoundPoint Mortgage Servicing Corporation, c/o Kevin G. McDonald, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14497624 | + | USAA Federal Savings, c/o Lisa Cannon, Esquire, 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |
| 14413822 | + | Wise Health Systems, PO Box 202218, Dallas, TX 75320-2218 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 23 2024 01:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2024 01:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14413794 | | Email/Text: Bankruptcy@arstrat.com | Nov 23 2024 01:15:00 | ARStrat LLC, 14141 Southwest Freeway, Suite 300, Sugar Land, TX 77478 |
| 14413793 | + | Email/Text: acspmt@americanokc.com | Nov 23 2024 01:16:00 | American Collection Services, Attn: Bankruptcy, 3100 Sw 59th St., Oklahoma City, OK 73119-6416 |
| 14413796 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 23 2024 01:15:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14413795 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |

Case 19-16808-amc   Doc 70   Filed 11/24/24   Entered 11/25/24 00:44:59   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2024 | Form ID: 138OBJ | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 14426509 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 23 2024 01:15:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27420 |
| | | | Nov 23 2024 01:15:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14413797 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 23 2024 01:15:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14413798 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2024 01:09:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14437168 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 23 2024 00:33:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14440069 | | Email/PDF: bncnotices@becket-lee.com | Nov 23 2024 01:09:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14413800 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2024 01:16:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14413801 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Nov 23 2024 01:16:00 | Credit Systems International, Inc, Attn: Bankruptcy, Po Box 1088, Arlington, TX 76004-1088 |
| 14621237 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 23 2024 01:15:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14571041 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 23 2024 01:15:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-7939 |
| 14831822 | ^ | MEBN | Nov 23 2024 00:06:46 | Freedom Mortgage Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14413802 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 23 2024 01:15:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14413803 | | Email/Text: govtaudits@labcorp.com | Nov 23 2024 01:15:00 | LCA Collections, An In-House Division, of Laboratory Corp., P.O. Box 2240, Burlington, NC 27216 |
| 14437005 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2024 00:33:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14413805 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2024 00:33:01 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14447412 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2024 01:09:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14446430 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2024 01:16:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14413812 | | Email/Text: BankruptcyMail@questdiagnostics.com | Nov 23 2024 01:16:00 | Quest Diagnostics, POB 740775, Cincinnati, OH 45274-0775 |
| 14448490 | | Email/Text: bankruptcy@roundpointmortgage.com | Nov 23 2024 01:15:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14413813 | ^ | MEBN | Nov 23 2024 00:06:38 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 14448199 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 23 2024 00:32:49 | Synchrony Bank by, AIS InfoSource, LP, as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14413814 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2024 00:32:59 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14413815 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2024 00:32:42 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14413816 | + | Email/Text: bankruptcy@tinkerfcu.org | Nov 23 2024 01:16:00 | Tinker Fcu, Attn: Bankruptcy, Po Box 45750, Tinker AFB, OK 73145-0750 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14413819 | + | Email/Text: bkelectronicnotices@usaa.com | Nov 23 2024 01:15:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14448047 | + | Email/Text: RASEBN@raslg.com | Nov 23 2024 01:15:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14413820 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 23 2024 01:16:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14413818 | ^ | MEBN | Nov 23 2024 00:06:32 | United Revenue Corp., 204 Billings Street, Suite 120, Arlington, TX 76010-2495 |
| 14413821 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 23 2024 01:09:15 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14446233 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 23 2024 00:32:44 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14413823 | + | Email/Text: Ldittman@yongshinmd.net | Nov 23 2024 01:15:00 | Yong Shin, MD and Assoc, LLC, Allied Counseling, 1630 E. High Street, Pottstown, PA 19464-3244 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14413817 | ##+ | Tower Health Urgent Care LLC, 278 Eagleville Blvd, Exton, PA 19341-1157 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | |

District/off: 0313-2     User: admin     Page 4 of 4
Date Rcvd: Nov 22, 2024     Form ID: 138OBJ     Total Noticed: 53

         on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

KENNETH E. WEST
         ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
         on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
         on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

MICHELE PEREZ CAPILATO
         on behalf of Debtor Michael Wray Thompson michelecapilatolaw@gmail.com
         perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

MICHELE PEREZ CAPILATO
         on behalf of Joint Debtor Cynthia Mae Thompson michelecapilatolaw@gmail.com
         perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

MICHELLE L. MCGOWAN
         on behalf of Creditor USAA Federal Savings Bank mimcgowan@raslg.com

United States Trustee
         USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*Form 138OBJ* (6/24)−doc 69 − 60

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Michael Wray Thompson ) | Case No. 19−16808−amc |
| ) | |
| ) | |
|   Cynthia Mae Thompson ) | Chapter: 13 |
|   aka Cindy Parish ) | |
|    Debtor(s). ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 22, 2024                                          For The Court

                                                                                              Timothy B. McGrath
                                                                                              Clerk of Court