United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16808-amc |
| Michael Wray Thompson | Chapter 13 |
| Cynthia Mae Thompson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 13, 2024 | Form ID: 3180W | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Wray Thompson, Cynthia Mae Thompson, 339 W Beech Street, Pottstown, PA 19464-6403 |
| 14428980 | + | Michele Perez Capilato, Esquire, Law Offices of Michele Perez Capilato, 500 Office Center Drive, 4th Floor, Fort Washington, PA 19034-3219 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 14 2024 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Dec 14 2024 04:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 14 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14413793 | + | Email/Text: acspmt@americanokc.com | Dec 14 2024 00:02:00 | American Collection Services, Attn: Bankruptcy, 3100 Sw 59th St., Oklahoma City, OK 73119-6416 |
| 14426509 | | EDI: BANKAMER | Dec 14 2024 04:58:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14437168 | + | EDI: AIS.COM | Dec 14 2024 04:58:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14440069 | | Email/PDF: bncnotices@becket-lee.com | Dec 14 2024 00:15:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14571041 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 14 2024 00:01:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-7939 |
| 14437005 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 14 2024 00:15:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14447412 | | EDI: PRA.COM | Dec 14 2024 04:58:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14446430 | | EDI: Q3G.COM | Dec 14 2024 04:58:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14448490 | | Email/Text: bankruptcy@roundpointmortgage.com | Dec 14 2024 00:01:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14448199 | + | EDI: AIS.COM | Dec 14 2024 04:58:00 | Synchrony Bank by, AIS InfoSource, LP, as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14448047 | + | Email/Text: RASEBN@raslg.com | Dec 14 2024 00:01:00 | USAA Federal Savings Bank, c/o Robertson, |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Dec 13, 2024 | Form ID: 3180W | Total Noticed: 16

| | | | |
|---|---|---|---|
| 14446233 | EDI: WFFC2 | Dec 14 2024 04:58:00 | Anschutz, Schneid, Crane, & Partners, PLLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| | | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

**Name**          **Email Address**

ANDREW L. SPIVACK
   on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com

DENISE ELIZABETH CARLON
   on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
   on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
   on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

KENNETH E. WEST
   ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
   on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
   on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com

MICHELE PEREZ CAPILATO
   on behalf of Debtor Michael Wray Thompson michelecapilatolaw@gmail.com perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

MICHELE PEREZ CAPILATO
   on behalf of Joint Debtor Cynthia Mae Thompson michelecapilatolaw@gmail.com perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

MICHELLE L. MCGOWAN
   on behalf of Creditor USAA Federal Savings Bank mimcgowan@raslg.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 13, 2024 | Form ID: 3180W | Total Noticed: 16

TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael Wray Thompson <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4861 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Cynthia Mae Thompson <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5437 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   19-16808-amc | | |

## Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Wray Thompson

Cynthia Mae Thompson
aka Cindy Parish

12/12/24

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W   **Chapter 13 Discharge**   page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**